UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MORTGAGE ASSETS MANAGEMENT LLC <br> Plaintiff, <br><br> v. <br><br> LILA M ROYAL et al <br><br> Defendant(s), | ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. 1:23-cv-00034-JAW <br> ) <br> ) <br> ) <br> ) |

JUDGMENT OF DISMISSAL

In accordance with the Order entered by U.S. District Judge John A. Woodcock on August 14, 2023,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Joanne Deering
Deputy Clerk

Dated: August 14, 2023